IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:22-CV-00007-KDB

| | |
|---|---|
| SARAH KOONE,<br><br>**Plaintiff,**<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Dismiss. (Doc. No. 8). For good cause shown, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Consent Motion to Dismiss, (Doc. No. 8) is **GRANTED** and this Matter is **DISMISSED**.

**SO ORDERED.**

Signed: April 27, 2022

Kenneth D. Bell
United States District Judge